## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MAHONEY**, *on behalf of himself and all others similarly situated,* | : | **CIVIL ACTION** |
| Plaintiffs | : | No. 20-3934 |
| v. | : | |
| **CROSSING VINEYARDS & WINERY, INC.,** | : | |
| Defendant | : | |

## ORDER

This 21st day of December, 2020, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 5) is **GRANTED AS UNCONTESTED** pursuant to Local Rule 7.1(c).

 /s/ Gerald Austin McHugh
United States District Judge